# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0392. IN THE INTEREST OF C. B., a child.**

C. B. was indicted when he was 14 years old in the Superior Court of Fulton County on one count of armed robbery and one count of aggravated assault. He moved the superior court to dismiss his indictment and transfer his case to juvenile court on the basis that the superior court lacked jurisdiction because the indictment alleged that the offensive weapon used was a BB gun. The trial court denied his motion. C. B. then filed an application for interlocutory appeal, which this Court granted.

On appeal, C. B. contends that the superior court erred in refusing to dismiss the indictment and transfer the case to juvenile court, or, in the alternative, that the superior court should have held an evidentiary hearing on the motion before denying it. In its response, the State notes that counsel for the State and C. B. "have had numerous conversations about this case," the State "believes the interests of justice will best be served by this case being transferred to juvenile court for adjudication," and prior to the filing of C. B.'s appellate brief, "the parties jointly attempted to resolve this matter directly with the trial court," but because "the trial court lacks jurisdiction" during the pendency of an appeal, the court "declined to take any action." The State also avers that it intends "to take whatever steps are necessary to move [C. B.'s] case to juvenile" court upon the return of jurisdiction from this Court to the superior court, and that C. B.'s counsel does not oppose the State's position that this Court should remand the case to the superior court.

Accordingly, the State's request to remand is hereby GRANTED, and the case is hereby REMANDED to the Superior Court of Fulton County.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/14/2021__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* *Stephen E. Castlen* _____